No. 302, Misc. Shamery *v.* Illinois. Appeal from
the Supreme Court of Illinois. *Per Curiam:* The appeal
is dismissed for want of jurisdiction. 28 U. S. C.

§ 1257 (2). Treating the papers whereon the appeal was taken as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied.